**Fill in this Information to identify the case:**

| Debtor 1 | Timothy | Ronald | Ross |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

**United States Bankruptcy Court for the District of Utah**

Case number: 22-21739



# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $6,436.76 |
|---|---|
| Claimant's Name: | Timothy Ross |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2806 WEST PEPPERCORN CIRCLE<br>TAYLORSVILLE UT 84129<br>801-514-7030<br>timothyrossut88@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042 at attached a Certificate of Service to this application.

Office of the United States Attorney
for the District of Utah
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

**5. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 2nd 2024

*Timothy Ronald Ross*
Signature of Applicant

Timothy Ronald Ross
Printed Name of Applicant

Address: 2806 WEST PEPPERCORN CIRCLE
TAYLORSVILLE UT 84129

Telephone: 801-514-7030

Email: timothyrossut88@gmail.com

**5. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**

STATE OF Utah

COUNTY OF Weber County

This Application for Unclaimed Funds, dated 2/2/2024 was subscribed and sworn to before me this 2nd day of February, 2024
by
*Timothy Roland Ross*
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _[signature]_
BRAYDON R RICHINS
NOTARY PUBLIC-STATE OF UTAH
COMMISSION NO. 713600
COMM. EXP. 08/19/2024

My commission expires: 8-19-24

**6. Notarization**

STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20_
by
_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

LF 3011-1 (12/19)   Application for Payment of Unclaimed Funds   Page 2

**Fill in this Information to identify the**

Debtor 1  **Timothy**  **Ronald**  **Ross**
  First Name  Middle Name  Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

**United States Bankruptcy Court for the District of Utah**

Case number: _____ 22-21739 _____

## NOTICE OF OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that the attached Application to Pay Unclaimed Funds has been filed with the United States Bankruptcy Court for the District of Utah.

**Right to Object**. Any party in interest who objects to the Application for Payment of Unclaimed Funds being sought in this Application must, within twenty-one (21) days of the mailing of this Application, file an objection or other appropriate response to this Application with the:

**United States Bankruptcy Court
District of Utah**
Room 301
350 South Main Street
Salt Lake City, UT 84101

## CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

I hereby certify that on _____ February 2, 2024 _____ (date), I caused to be served a true and correct copy of the foregoing Application for Payment of Unclaimed Funds and all attachments as follows:

| | |
|---|---|
| **Office of the United States Attorney**<br>**District of Utah**<br>111 South Main Street, Suite 1800<br>Salt Lake City, UT 84111 | ☒ **By Mail: First–class U.S. mail, postage pre-paid**<br>☐ **By Hand Delivery**<br>☐ **By Other Means (Describe):**<br>_____<br>_____<br>_____ |

LF 3011-1 (12/19)    Application for Payment of Unclaimed Funds    Page 3

| Debtor<br><br>Name: _____Timothy Ronald Ross_____<br>Address: 2806 WEST PEPPERCORN CIRCLE<br><br>TAYLORSVILLE UT 84129 | ☐ By Mail: First–class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☒ By Other Means (Describe):<br><br>_I am debtor on file and has a copy of the_<br>_unclaimed funds application w/ Supporting_<br>_Documentation_ |
|---|---|
| **Debtor's Attorney**<br><br>Name: _____<br>Address: _____ | ☐ By Mail: First–class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☒ By Other Means (Describe):<br><br>_Filed without Debtor attorney debtor is_<br>_filing Pro Se_ |
| **If Claimant is not the original creditor or payee, the Individual or Entity for whom the funds were deposited:**<br><br>Name: _____<br>Address: _____ | ☐ By Mail: First–class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☐ By Other Means (Describe): |

Dated this __2nd__ Day of __February__, 20 __24__.

_Timothy Ronald Ross_
Signature

_____Timothy Ronald Ross_____
Printed Name

### Privacy Policy

Applicant shall redact only the following personal data identifiers from the Application and any supporting documentation attached to the Application before filing such documents: (i) all but the last four digits of a social security number or a tax ID number; (ii) all names of minor children (use minors' initials); (iii) all but the last four digits of any bank, savings, or similar account numbers; and (iv) all birth date information except the year.

*The responsibility for redacting personal data identifiers rests solely with the filing party.*